IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMESON CAMPBELL, individually and on behalf of all similarly situated persons,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>UNITED TOWER COMPANY, LLC,  )<br>)<br>Defendant.  ) | Civil Action No. 3:25-cv-00013-CDL<br><br>JURY TRIAL DEMANDED |

**ORDER**

This case is before the Court for consideration of the Consent Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice [Doc. 22]. Having reviewed the pleadings and evidence submitted therewith, the Court enters the following Order.

The Court finds that the parties' Collective Action Settlement Agreement and Release (the "Agreement") [Doc. 22-1] is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arms-length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorneys' fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable. The Court agrees with the parties that the Agreement resolves all claims before the Court in Plaintiffs' Amended Complaint. [Doc. 9].

Therefore, the Consent Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Agreement are hereby incorporated into this Order.

The Court approves as to form and content the Notice of Settlement and Claims Procedure (Exhibit A to the Agreement) and Claim Form and Release (Exhibit B to the Agreement), and authorizes distribution of the same according to the procedures for distribution, receipt, and

payment set forth in the Agreement. The proposed Notice clearly and accurately describes the nature of the litigation, Plaintiffs' claims and Defendant's defenses, the definition of the collective certified for settlement purposes herein, and the effects of completing a Claim Form and Release or choosing not to.

Members of the Collective who wish to participate in the settlement must complete the Claim Form and Release in accordance with the instructions on the Claim Form and Release and comply with the requirements set forth in the Notice of Settlement and Claims Procedure. All members of the Collective who fail to comply with these requirements shall be forever barred from receiving any settlement payment pursuant to the settlement set forth in the Agreement but may pursue their claims otherwise as permitted by law.

The Agreement being approved, and all claims in this action now settled, the case is **DISMISSED**. The Court shall retain jurisdiction until the Agreement's procedures for notice and distribution of settlement are complete.

**SO ORDERED** this 23rd day of September, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA