IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMESON CAMPBELL, *individually and on behalf of all similarly situated persons,* et al, | * |
| | * |
| Plaintiffs, | Case No.  3:25-cv-00013-CDL |
| v. | * |
| UNITED TOWER COMPANY LLC, et al, | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of September, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk